IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

TYRONE DEWAYNE SOMMERS  §

v.  §  CIVIL ACTION NO. 9:05cv78

DIRECTOR, TDCJ-CID  §

## FINAL JUDGMENT

The above-styled application for the writ of habeas corpus having come before the Court for consideration, and a decision having been duly rendered, it is hereby

ORDERED and ADJUDGED that no relief is granted to the Petitioner and that the above-styled application for the writ of habeas corpus is hereby DISMISSED with prejudice.

SIGNED this 17 day of May, 2005.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE